AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| FABERGÉ LTD and FABERGÉ SERVICES LIMITED,<br><br>*Plaintiff(s)*<br>v.<br>VLADISLAV YUSUFOV d/b/a FABERGE, DIANA YUSUFOVA d/b/a FABERGE, and GOOD VISION TASTE, INC.<br><br>*Defendant(s)* | Civil Action No. 14-CV-3519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vladislav Yusufov d/b/a Faberge
777 Foster Avenue, Apt. 2F
Brooklyn, New York, 11230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle Mancino Marsh
Michael Kelly
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 06/04/2014                                                                             s/Priscilla Bowens
                                                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No. 14-CV-3519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Vladislav Yusufov d/b/a/ Faberge

was received by me on *(date)*   6/19/2014

☑ I personally served the summons on the individual at *(place)*   777 Foster Avenue, Apt. 2F Brooklyn, NY 11230   on *(date)*   6/20/2014   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ -- for travel and $ -- for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/23/2014

*Server's signature*

Abdul Elenani, Process Server

*Printed name and title*

Earnest Serving
8521 4th Avenue
Brooklyn, NY 11209

*Server's address*

DONNA TOMMASINO
Notary Public - State of New York
NO. 01TO6288079
Qualified in Richmond County
My Commission Expires Aug 26, 2017

Additional information regarding attempted service, etc:

Documents served: Summons, Complaint, Notice re Consent to Proceed before Magistrate Judge.

Description of Witness: Caucasian Male, Black Hair, 6'0, 45+ years old.